■ MICHAEL DEELEY, Respondent, v LEO's DEN, INC., et al., Defendants, and JOHN GIORDANO, Appellant.—In an action, *inter alia,* to recover damages for assault, the defendant John Giordano appeals from an order of the Supreme Court, Nassau County (Kelly, J.), dated September 17, 1985, which denied his motion to compel the plaintiff to submit to a physical examination at the office of the appellant's doctor.

Ordered that the order is reversed, with costs, and the motion is granted to the extent that plaintiff is directed to submit to a physical examination at a time and place, and by a physician, to be designated by the appellant in a written notice of not less than 10 days, or at such other time and place as the parties may agree.

In light of the reasonable excuse offered by the appellant for failing to timely move to vacate or modify the plaintiff's notice for physical examination, i.e., the undisputed basis for conducting said examination at the office of the appellant's designated doctor because of the need for nontransportable instruments, the general diligence exercised by the appellant in asserting his position, and the lack of prejudice to the plaintiff, the examination shall proceed as indicated *(see, De Chiaro v Rendell,* 95 AD2d 792). Mollen, P. J., Bracken, Lawrence, Kooper and Sullivan, JJ., concur.

■ EBONY OIL CORPORATION, Respondent, v ROBERT BROOKS, Appellant.—In an action to recover damages for breach of contract, the defendant appeals from an order of the Supreme Court, Queens County (Graci, J.), dated September 4, 1985, which denied his motion to quash a subpoena duces tecum for a postjudgment examination.

Ordered that the order is affirmed, with costs.

As Special Term properly found, the defendant presents no basis for granting the relief requested. Further, most of the arguments raised have been before Special Term and/or this court on numerous occasions, and have been always found wanting *(see, Ebony Oil Corp. v Brooks,* 109 AD2d 776, *lv dismissed* 65 NY2d 866; *Ebony Oil Corp. v Brooks,* 96 AD2d 880). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.